As indicated in their November 16, 2026 letter, the Office of the New York State Attorney General appears to be unable to identify the individual with the initials "C.J." whom Plaintiff seeks to sue. Accordingly, Plaintiff is directed to, by December 8, 2026: (1) review the November 16, 2026 letter to determine whether he can identify the person he seeks to sue; and (2) file a letter providing additional information to aid in identifying C.J.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 24 and mail a copy of this Order to Plaintiff.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 17, 2026

**Office of the New York State Attorney General**

**Via ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Horton v. Miller, et al.*, 25-CV-9876 (PMH)

Your Honor:

The Office of the New York State Attorney General ("OAG") writes in response to Your Honor's September 15, 2026, Order directing "the New York State Attorney General's Office, which is the attorney for and agent of DOCCS, [to] ascertain the identity of the Doe defendant whom Plaintiff seeks to sue here and the address where the defendant may be served[,] . . . [and to] provide this information to Plaintiff and the Court within sixty days of the date of this order." (ECF No. 21, p. 3, Section B.)

In his Amended Complaint, Plaintiff alleges that an individual with the initials "C.J." read Plaintiff's mail improperly at Green Haven Correctional Facility ("Green Haven") in August 2025. (ECF Nos. 9, 21.) Plaintiff claims that his outgoing mail included a prayer request and was addressed to the church "the Bridge." (ECF No. 9.) Plaintiff further alleges that "C.J." was responsible for processing this request, including enclosing a $14.00 check. (*Id.*)

Upon information OAG has received from the New York State Department of Corrections and Community Supervision ("DOCCS"), DOCCS did not have any employees on staff with the initials "C.J" during the relevant timeframe at Green Haven. Further, DOCCS could not locate any check to "The Bridge" for $14.00 in connection with Plaintiff's Department Identification Number ("DIN"). DOCCS is currently undertaking a further search to determine who was handling mail at Green Haven during the relevant timeframe. OAG further requests that the Court direct Plaintiff to provide OAG with any documentation he may have containing the initials "C.J." to possibly help identify the correct individual. The OAG reserves the right to supplement this response accordingly.

Litigation Bureau | 28 Liberty Street, New York NY 10005
212-416-8610 | ag.ny.gov

This response is based on the information presently available and does not constitute an admission that the individual at issue engaged in any of the alleged acts, or any acts that violated Plaintiff's rights.

I thank the Court for its attention to this matter.

Respectfully Submitted,

_/s/ *Jacquelyn Dainow*______

Jacquelyn Dainow
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, NY 10005
(212) 416-8658
Jacquelyn.Dainow@ag.ny.gov

CC (by mail): Plaintiff *Pro Se*
Anthony Horton, DIN 06-A-5568
Wende Correctional Facility
Wende Rd.
309 Bare Hill Road
P.O. Box 1187
Alden, NY 14004-1187